SC

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Paul Norris, | No. CV 07-2247-PHX-DGC (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendants. | |

Plaintiff Richard Paul Norris, who is confined in the Arizona State Prison Complex, SMU I, in Florence, Arizona, filed a *pro se* Complaint raising constitutional and other claims without paying the $350.00 civil action filing fee or a proper Application to Proceed *In Forma Pauperis*. (Doc.# 1 at 2.)[1] In an Order filed on March 18, 2008, the Court dismissed the Complaint with prejudice except to the extent that Plaintiff alleged a claim for false imprisonment, which was dismissed without prejudice. (Doc.# 13.) Plaintiff has filed a motion for reconsideration. (Doc.# 16.)

Generally, motions to reconsider are appropriate only if the Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). A motion for reconsideration should not be used to ask a court "to rethink what the court had

---

[1] "Doc.#" refers to the docket number of filings in this case.

1 already thought through, rightly or wrongly." <u>Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.</u>, 99 F.R.D. 99, 101 (E.D. Va. 1983)).  Rather, such arguments should be directed to the court of appeals. <u>Sullivan v. Faras-RLS Group, Ltd.</u>, 795 F. Supp. 305, 309 (D. Ariz. 1992).

Plaintiff asserts that the Court clearly erred based upon Plaintiff's construction of various Federal Rules of Civil Procedure.  (Doc.# 16.)  Plaintiff essentially asks the Court to rethink what it has already through.  That is not a basis for reconsideration.  Plaintiff's motion will be denied.

**IT IS ORDERED** that Plaintiff's motion for reconsideration is **denied**.  (Doc.# 16.)

DATED this 31st day of March, 2008.

_David G. Campbell_
David G. Campbell
United States District Judge